Amended Creditor

Airedale Haulage, LLC
c/o Mark C Mackie
2340 Justin Road, Suite 100
Highland Village, TX 75077