

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed October 26, 2017

United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-42146-rfn7 |
| | § | |
| | § | Chapter 7 |
| SUPERIOR LUBRICANTS TRANSPORT INC. | § | |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |

## AGREED ORDER GRANTING
## MOTION FOR APPROVAL OF SETTLEMENT
## UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(a)

On this day, came on for consideration the **Motion for Approval of Settlement Under Federal Rule of Bankruptcy Procedure 9019(a) with Jerri A. Gooden, JGooden, LLC and Bryan Austin** [Docket No. 96] (the "Motion"), filed by Cavazos, Hendricks, Poirot & Smitham, P.C., on September 25, 2017 on behalf of Marilyn Garner, the Chapter 7 Trustee (the "Trustee"). The only Objection [Docket No. 99] to the Motion was filed by Integra Funding Solutions, LLC ("Integra"). Integra has agreed to the entry of this Order which fully resolves all issues raised in Integra's Objection. Consequently, this Court has considered such Motion without hearing, and

is of the opinion that the Trustee's Motion and the compromise and settlement terms should be approved. It is therefore,

**ORDERED** that the Motion should be and hereby is **GRANTED**; it is further

**ORDERED** that the terms of the Compromise and Settlement Agreement as described in and attached to the Motion is **APPROVED** in all respects; it is further

**ORDERED** that the Trustee is authorized to take all reasonable and necessary actions that are, in the opinion of the Trustee, necessary to effectuate the Agreement; and it is further

**ORDERED** that once the real estate is transferred back to the Debtor, the Trustee is authorized to dismiss the Adversary Proceedings and execute the Compromise and Settlement Agreement; and it is further

**ORDERED** that with respect to Integra's Objection, such objection is fully resolved by the following portions of this Order. Any other term of this Order or the Settlement Agreement notwithstanding:[1]

a) Nothing contained in this Order shall impair, prejudice or affect (i) Integra's claim to hold a first and perfected lien against the Property pursuant to the Deed of Trust, subject only to liens securing property taxes, or (ii) Integra's rights and remedies under its loan documents, including the Deed of Trust;

b) The Property will be transferred back to the Debtor subject to Integra's secured claim pursuant to the Deed of Trust. Nothing contained in this Order shall authorize any sale of the Property fee and clear of Integra's lien or any sale of the Property which does not pay Integra's secured claim in full;

c) Nothing contained herein shall affect, alter or waive the rights of Integra

---

[1] Defined terms in this paragraph of the Order shall have the same meaning as in Integra's Objection.

pursuant to the *Agreed Order on Integra Funding Solutions, LLC's Motion for Distribution of Rentals Collected by Trustee* [Docket no. 63];

d)  Nothing in this Order shall act to determine the amount of Integra's secured claim or the priority, validity or enforceability of the liens and assignment securing such claim, including without limitation Integra's lien pursuant to the Deed of Trust; and

e)  It is contemplated that the Trustee will file a second motion with the Court to address the issues relating to a sale of the Property as it pertains to Integra's secured claim.

### ### END OF ORDER ###

**APPROVED FOR ENTRY:**

| | |
|---|---|
| /s/ J. Robert Forshey | /s/ Lyndel Anne Vargas |
| J. Robert Forshey | Lyndel Anne Vargas |
| State Bar No. 07264200 | State Bar No. 24058913 |
| Forshey & Prostok, LLP | CAVAZOS, HENDRICKS, |
| 777 Main Street, Suite 1290 | POIROT & SMITHAM, P.C. |
| Fort Worth, Texas  76102 | Suite 570, 900 Jackson Street |
| (817) 877-8855 Telephone | Dallas, TX  75202 |
| (817) 877-4151 Facsimile | Direct Dial: (214) 573-7344 |
| Email: bforshey@forsheyprostok.com | Fax: (214) 573-7399 |
| Attorneys for Integra Funding Solutions, LLC | Email: LVargas@chfirm.com |
| | Attorneys for Marilyn Garner, Chapter 7 Trustee |

Order drafted by:

Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS, HENDRICKS,
POIROT & SMITHAM, P.C.
Suite 570, 900 Jackson Street
Dallas, TX  75202
Direct Dial: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com
Attorneys for Marilyn Garner, Chapter 7 Trustee