

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed February 20, 2018**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| SUPERIOR LUBRICANTS TRANSPORT INC., | § § | Case No. 16-42146-rfn-7 |
| *a/k/a* Superior Transport, | § § | |
| DEBTOR. | § § § | |

## AMENDED AGREED ORDER REGARDING TRUSTEE'S MOTION FOR AUTHORITY TO SELL DOOLING STREET PROPERTY FREE AND CLEAR OF DISPUTED LIENS, CLAIMS AND ENCUMBRANCES

On this day, came on for consideration the **Trustee's Motion for Authority to Sell Dooling Street Property Free and Clear of Disputed Liens, Claims and Encumbrances** [Docket No. 120] filed by Cavazos, Hendricks, Poirot & Smitham, P.C., on December 20, 2017 on behalf of Marilyn Garner, the Chapter 7 Trustee (the "Trustee"). The only Objection [Docket No. 123] to the Motion was filed by Integra Funding Solutions, LLC ("Integra"). Integra has agreed to the entry of this Order as, once the full amount of its secured claim and per diem

interest have been determined, the full allowed claim will be paid at the time of closing. The parties have advised this Court that they are continuing to seek to resolve their dispute as to the amount and thus have moved the hearing on the Claim Objection [Doc. 109] and Integra's Motion and Application [Docs. 104 and 105] have been reset. Consequently, this Court has considered just the Sale Motion, without hearing, and is of the opinion that the Trustee's Motion should be approved; It is therefore,

**ORDERED** that the Motion should be and hereby is **GRANTED**; it is further

**ORDERED** that the Trustee be authorized, and hereby has approval to sell the Debtor's fee ownership of the Property (more specifically described in Ex. A hereto) to the JGooden, LLC, in accordance with the sale terms set forth in the Motion and prior Settlement Agreement and Compromise; And it is further

**ORDERED** that all real estate taxes, closing costs, and the full allowed amount of Integra's claim shall be paid at the time of the closing, with all other lien claims of record which the buyer is not taking subject to, shall attach to the sales proceeds to be addressed by separate court orders; And it is further

**ORDERED** that Integra's lien shall attach to the sales proceeds arising from the sale of the Property in the same priority as Integra's lien against the Property held at the time of the sale of the Property. After the payment of the real estate taxes assessed against the Property and ordinary and reasonable closing costs, no other or further use or distribution of the sale proceeds shall be made by the Trustee until Integra's claim has been paid in full. If Integra's claim has not been determined by the Court as of the date of closing, the Trustee shall continue to hold the net sale proceeds after paying real estate taxes and closing costs, until Integra's claim has been determined by the Court and paid in full; And it is further

**ORDERED** that Notwithstanding anything herein to the contrary, the liens securing payment of the current-year ad valorem property taxes shall remain attached to the property to secure payment of all ad valorem property taxes assessed on the property for the current tax year and any penalties and interest that may accrue thereon. And it is further

**ORDERED** that the Trustee be authorized, and hereby has approval to proceed to close a sale under the back-up buyer's contract if JGooden, LLC does not perform.

### ### END OF ORDER ###

Order drafted by:

Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS, HENDRICKS,
POIROT & SMITHAM, P.C.
Suite 570, 900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for Marilyn Garner, Chapter 7 Trustee

**APPROVED FOR ENTRY:**
/s/ J. Robert Forshey (w/ permission)
J. Robert Forshey
State Bar No. 07264200
Forshey & Prostok, LLP
777 Main Street, Suite 1290
Fort Worth, Texas 76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
Email: bforshey@forsheyprostok.com

Attorneys for Integra Funding Solutions, LLC

**APPROVED FOR ENTRY:**
/s/ James C. Gordon (w/ permission)
James C. Gordon
State Bar No. 08200300
GORDON & SYKES, LLP
1320 South University Dr., Suite 806
Fort Worth, Texas 76107
Telephone: (817) 338-0724
Facsimile: (817) 338-0769
Email: jgordon@gordonsykes.com

Attorneys for JGooden, LLC and Jerri A. Gooden

**APPROVED FOR ENTRY:**
/s/ Sherrel K. Knighton (with permission)
Sherrel K. Knighton
Attorney I.D. No. 00796900 TX
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway, Suite 1000
DALLAS, TX 75207
Telephone no: (214) 880-0089
Facsimile: (469) 221-5003

Email: dallas.bankruptcy@publicans.com