**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § § § | |
| SUPERIOR LUBRICANTS TRANSPORT INC., *a/k/a* Superior Transport, | § § § | Case No. 16-42146-rfn-7 |
| DEBTOR. | § § § | |

# ORDER GRANTING MOTION OF TRUSTEE FOR CLARIFYING ORDER ON UNAUTHORIZED SECRETARY OF STATE FILING

On this day, came on for consideration the **Motion of Trustee for Clarifying Order on Unauthorized Secretary of State Filing** [Docket No. ____] (the "Motion"), filed by Marilyn Garner, the Chapter 7 Trustee (the "Trustee"). This having considered such Motion is of the opinion that the Trustee's Motion should be approved. It is therefore,

**ORDERED** that the Motion should be and hereby is **GRANTED**; it is further

**ORDERED** that the Certificate of Amendment (a copy of which is attached), filed by Elroy Dozier, or on his behalf, on January 5, 2018, was not authorized by this Court and thus is VOID and of no legal effect; it is further

**ORDERED** that the reinstatement of the Debtor shall remain in effect and that the Debtor's name remains "Superior Lubricants Transport, Inc.", and only the Chapter 7 Trustee, Marilyn D. Garner, is authorized to modify any records pertaining to the Debtor with the Secretary of State.

### ### END OF ORDER ###

Order drafted by:

Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, 900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for Marilyn Garner, Chapter 7 Trustee