Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Direct Dial: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for Marilyn Garner, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: § § § SUPERIOR LUBRICANTS TRANSPORT § INC., § *a/k/a* Superior Transport, § § DEBTOR. § § | Case No. 16-42146-rfn-7 |

**MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING
ON TRUSTEE'S MOTION FOR CLARIFYING ORDER ON
<u>UNAUTHORIZED SECRETARY OF STATE FILING</u>**

TO THE HONORABLE BANKRUPTCY JUDGE:

COMES NOW, Marilyn D. Garner, Chapter 7 Trustee (the "Trustee"), and makes this,

her **Motion for Setting and Request for Expedited Hearing on Trustee's Motion for**

**Clarifying Order on Unauthorized Secretary of State Filing** (the "Motion"), and respectfully

states the following:

1. Contemporaneously with the filing of this Motion, Trustee's counsel has filed a

**Motion of Trustee for Clarifying Order on Unauthorized Secretary of State Filing** (the

"Motion") [Docket No. 140].

2. On February 20, 2018, the court entered an Amended Agreed Order Regarding Trustee's Motion for Authority to Sell Dooling Street Property Free and Clear of Liens, Claims and Encumbrances [Docket No. 135].

3. The Trustee requests that a hearing be held the week of July 9, 2018.

4. Shortened time is necessary because the Motion relates to the sale of the Dooling property which was originally scheduled for closing July 5, 2018. The closing date has been extended with a new closing date of July 13, 2018.

5. Notice of proposed expedited hearing will be provided to all parties-in-interest submitting to service of papers in this case by said means by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U.S. Bankruptcy Court for the Northern District of Texas and will be sufficient because this action is necessary to preserve and protect the estate's interest in the Property, minimize additional cost to the estate, and all effected parties, and any liens on such property, if any, can or will be determined at a later date or paid from the proceeds of the sale.

6. Elroy Dozier will also be served with a Notice of Hearing and the Motions via Federal Express overnight mail, once the hearing has been set.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays the Court enter an Order setting the hearing on the Trustee's Motion to on or before July 13, 2018, or, alternatively, rule on the Motion without a hearing, based on the records in these proceedings.

    Respectfully submitted,

    /s/ Lyndel Anne Vargas
    Lyndel Anne Vargas
    State Bar No. 24058913
    CAVAZOS HENDRICKS POIROT, P.C.
    Suite 570, Founders Square
    900 Jackson Street

Dallas, TX 75202
Phone: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for Marilyn Garner, Chapter 7 Trustee

## CERTIFICATE OF ATTEMPTED CONFERENCE

As set forth above, on Monday, July 2, 2018, I called the number on the Texas Secretary of State records for Superior Option Transport, Inc. (281-770-2295) and was told that the same was "the number for a different transportation company" by a woman named Lisa. When I asked to speak with Mr. Dozier she took my name and number and told me she would give him the message to contact me. She would not tell me the name of the company I had called, only that Mr. Dozier should not have used that number in any filing. I also looked at public records and found two Elroy Doziers in Pearland, Texas, left messages on all phone numbers associated with them which had voicemails and also emailed a possible email of his at EDozier@hotmail.com; however, I have received no response from Mr. Dozier.

/s/ Lyndel Anne Vargas
Lyndel Anne Vargas