# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| IN RE: § § § | |
| SUPERIOR LUBRICANTS TRANSPORT INC., § § § | Case No. 16-42146-rfn-7 |
| *a/k/a* Superior Transport, § § | No hearing requested. |
| DEBTOR. § § § | |

# ORDER GRANTING MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING ON TRUSTEE'S MOTION FOR CLARIFYING ORDER ON UNAUTHORIZED SECRETARY OF STATE FILING

CAME ON to be considered the **Motion for Setting and Request for Expedited Hearing on Trustee's Motion for Clarifying Order on Unauthorized Secretary of State Filing** [Docket No. ___] (the "Motion").  This Court finds that cause exists to conduct an expedited hearing and to provide for a shortened period for notice and opportunity to object to or otherwise respond to the relief being sought.  The Court cites in support of this finding that the contemplated sale needs to be expedited to preserve and protect the Estate's interest in property and minimize additional cost to the Estate.  It is therefore,

**ORDERED**, that the Motion be and hereby is **GRANTED**; and it is further,

**ORDERED**, that the hearing on **Trustee's Motion for Clarifying Order on Unauthorized Secretary of State Filing [Docket No. 43]** be set for **July _____, 2018 at _____ __.M.** at the Eldon B. Mahon Federal Building, Room 128, 501 W. 10th Street, Fort Worth, TX 76102.

### ### END OF ORDER ###

Order drafted by:

Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7306
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for Marilyn Garner, Chapter 7 Trustee