# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 16-42146 | RFN | Judge: | RUSSELL F. NELMS | Trustee Name: | Marilyn D. Garner, Trustee |
| Case Name: | Superior Lubricants Transport Inc | | | | Date Filed (f) or Converted (c): | 06/02/2016 (f) |
| | | | | | 341(a) Meeting Date: | 07/22/2016 |
| For Period Ending: | 05/09/2019 | | | | Claims Bar Date: | 11/09/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined<br>by Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered<br>(FA)/<br>Gross Value of<br>Remaining Assets |
| 1.  Void | 0.00 | 0.00 | | 0.00 | FA |
| 2.  Goodyear June 2016 rent payment received by Debtor NOT turned over to Trustee (u) | 0.00 | 7,500.00 | | 0.00 | FA |
| 3.  Gasoline Trailer 1999 Young 1Y9T5AV25Y2002995<br><br>All of these trailers are in possession of Shawn Bhagat DBA American Energy Transport, LLC 2415 W. Northwest Hiway, #105, Dallas TX 75220<br>[debtor scheduled six trailers for an aggregate total value of 260,000.00<br>260,000.00 divided by six= 43,333.333 each] | 43,333.33 | 15,000.00 | | 15,000.00 | FA |
| 4.  Gasoline Trailer 2000 Young 1YAT5AB25Y2002023<br><br>All of these trailers are in possession of Shawn Bhagat DBA American Energy Transport, LLC 2415 W. Northwest Hiway, #105, Dallas TX 75220<br>[debtor scheduled six trailers for an aggregate total value of 260,000.00<br>260,000.00 divided by six= 43,333.333 each] | 43,333.33 | 27,500.00 | | 27,500.00 | FA |
| 5.  Gasoline Trailer 2000 Young 1Y9T5AV28Y2002059<br><br>All of these trailers are in possession of Shawn Bhagat DBA American Energy Transport, LLC 2415 W. Northwest Hiway, #105, Dallas TX 75220<br>[debtor scheduled six trailers for an aggregate total value of 260,000.00<br>260,000.00 divided by six= 43,333.333 each] | 43,333.33 | 15,000.00 | | 15,000.00 | FA |
| 6.  Gasoline Trailer 2005 Young 1Y9T5AV2252002724<br><br>All of these trailers are in possession of Shawn Bhagat DBA American Energy Transport, LLC 2415 W. Northwest Hiway, #105, Dallas TX 75220<br>[debtor scheduled six trailers for an aggregate total value of 260,000.00<br>260,000.00 divided by six= 43,333.333 each] | 43,333.33 | 25,000.00 | | 25,000.00 | FA |
| 7.  Gasoline Trailer 2007 Young 1Y9T5AV2482002020<br><br>All of these trailers are in possession of Shawn Bhagat DBA American Energy Transport, LLC 2415 W. Northwest Hiway, #105, Dallas TX 75220<br>[debtor scheduled six trailers for an aggregate total value of 260,000.00<br>260,000.00 divided by six= 43,333.333 each] | 43,333.33 | 30,000.00 | | 30,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-42146 | RFN | Judge: | RUSSELL F. NELMS | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Superior Lubricants Transport Inc | | | | Date Filed (f) or Converted (c): | 06/02/2016 (f) |
| | | | | | 341(a) Meeting Date: | 07/22/2016 |
| For Period Ending: | 05/09/2019 | | | | Claims Bar Date: | 11/09/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 8. Gasoline Trailer 2008 Young 1Y9T5AV2482002021<br><br>All of these trailers are in possession of Shawn Bhagat DBA American Energy Transport, LLC 2415 W. Northwest Hiway, #105, Dallas TX 75220<br><br>[debtor scheduled six trailers for an aggregate total value of 260,000.00<br>260,000.00 divided by six= 43,333.333 each] | 43,333.33 | 30,000.00 | | 30,000.00 | FA |
| 9. Goodyear lease payments (u) | 45,000.00 | 45,610.00 | | 45,610.00 | FA |
| 10. Accounts Receivable (u)<br><br>Demand made on Sunoco. | 268,908.59 | 91,854.21 | | 0.00 | FA |
| 11. Office Furniture (u)<br><br>Office Furniture. Following is a list of used furniture: Wood Desk with 3 drawers, Gray Desk, Light brown wood desk, Medium brown wood desk 4 drawers, dark brown wood desk 3 drawers, one armoir, dark brown wood desk 10 drawers, light brown wood desk 5 drawers, dark brown china cabinet, light brown shelf unit, medium brown wood drawers, light brown table, white wood filing cabinet, metal filing cabinet 4 drawers, one brown table, office chairs<br><br>Trustee filed a notice of intent to abandon 11/21/16 de 64 and the order was entered 12/22/16 | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 12. Office Equipment including all computer (u)<br><br>Office Equipment including all computer equipment and communication systems equipment and software. Following is a list of used creditors: HP Printers, Canon Printers, One Epson, Paper Shredders, Dell Monitors, HP Monitors, Dell Keyboards, Acer Keyboards, HP Keyboard, Acer Mouse, Office phone systerm<br><br>Trustee filed notice of intent to abandon filed 11/21/16 de 64; the order was entered 12/22/16 | 500.00 | 0.00 | OA | 0.00 | FA |
| 13. breach of Contract American Energy Transport LLC, 2415 W Northwest Highway,# 105, Dallas, TX 75220 (u)<br><br>Adversary Proceeding 18-04120 Breach of Contract American Energy Transport LLC, 2415 W Northwest Highway,# 105, Dallas, TX 75220 | 780,000.00 | 705,000.00 | | 99,200.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-42146 | RFN | Judge: | RUSSELL F. NELMS | Trustee Name: | Marilyn D. Garner, Trustee |
| Case Name: | Superior Lubricants Transport Inc | | | | Date Filed (f) or Converted (c): | 06/02/2016 (f) |
| | | | | | 341(a) Meeting Date: | 07/22/2016 |
| For Period Ending: | 05/09/2019 | | | | Claims Bar Date: | 11/09/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. JGooden LLC Adversary Proceeding 16-04143 filed (u)<br><br>Adversary Proceeding (16-04143) filed against JGooden, LLC and Jerri A. Gooden; avoidable insider preference and/or fraudulent conveyance of Dooling Street property, Ft. Worth. Contemplated settlement is conveyance of Dooling Street real property to the Estate. Property titled back in the name of the Debtor and the Adversary dismissed pursuant to the Compromise and Settlement Agreement. The property has been sold. | 1,100,000.00 | 975,000.00 | | 975,371.00 | FA |
| 15. Integra 6300 Ridglea Ste 1101 Fort Worth TX 76116 factoring company (u)<br><br>Amended SOFA 13.1 - Sunoco (former client of debtor) sent payments to Integra (factoring company formerly used by debtor) that should have been made to AET (purchaser of debtor's business). Sunoco mistakenly sent payments to Integra for work done by AET. The payments made by Sunoco were not done on behalf of the debtor. Debtor chooses to list this "transfer" here for clarification purposes only. The amount paid by Sunoco to Integra is approximated at $25,000.00. | 0.00 | 0.00 | | 0.00 | FA |
| 16. JGooden, LLC Escrow Funds paid to Republic Title for the purchase of Dooling Street Property (u) | 25,000.00 | 25,000.00 | | 17,500.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $2,481,408.57    $1,992,464.21    $1,280,181.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The estate is being prepared for closing. Trustee anticipates submitting her final report to the US Trustee within the next 90 days.

Initial Projected Date of Final Report (TFR): 12/31/2019    Current Projected Date of Final Report (TFR): 12/31/2019

Trustee Signature:    /s/ Marilyn D. Garner, Trustee    Date: 05/09/2019

Marilyn D. Garner, Trustee
2007 E. Lamar Blvd., Suite 200
Arlington, TX  76006
(817) 505-1499