# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** TEXAS
### FORT WORTH **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Superior Lubricants Transport Inc | § | Case No. 16-42146 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Marilyn D. Garner, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 296,408.59
*(Without deducting any secured claims)*

Assets Exempt: NA

Total Distributions to Claimants: 857,803.15

Claims Discharged
Without Payment: NA

Total Expenses of Administration: 306,253.68

---

3) Total gross receipts of $1,296,560.57 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $30,632.74 (see **Exhibit 2**), yielded net receipts of $1,265,927.83 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $980,000.00 | $398,811.04 | $314,677.36 | $276,117.18 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 306,253.68 | 306,253.68 | 306,253.68 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 113,233.80 | 113,233.80 | 113,233.80 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,071,411.00 | 3,218,374.96 | 2,316,260.96 | 468,452.17 |
| **TOTAL DISBURSEMENTS** | $2,051,411.00 | $4,036,673.48 | $3,050,425.80 | $1,164,056.83 |

4)  This case was originally filed under chapter 7 on 06/02/2016.  The case was pending for 47 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/31/2020                          By:/s/Marilyn D. Garner, Trustee
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Gasoline Trailer 1999 Young 1Y9T5AV25Y2002995 | 1129-00 | 15,000.00 |
| Gasoline Trailer 2000 Young 1Y9T5AV28Y2002059 | 1129-00 | 15,000.00 |
| Gasoline Trailer 2000 Young 1YAT5AB25Y2002023 | 1129-00 | 27,500.00 |
| Gasoline Trailer 2005 Young 1Y9T5AV2252002724 | 1129-00 | 25,000.00 |
| Gasoline Trailer 2007 Young 1Y9T5AV2482002020 | 1129-00 | 30,000.00 |
| Gasoline Trailer 2008 Young 1Y9T5AV2482002021 | 1129-00 | 30,000.00 |
| Goodyear lease payments | 1222-00 | 45,610.00 |
| Gasoline tax refund from TX Comptroller of Public Accounts | 1224-00 | 16,379.57 |
| breach of Contract American Energy Transport LLC , 2415 W Northwest Highway,# 105, Dallas, TX  75220 | 1229-00 | 99,200.00 |
| JGooden LLC Adversary Proceeding 16-04143 filed | 1241-00 | 992,871.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| **TOTAL GROSS RECEIPTS** | | $1,296,560.57 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Integra Funding Solutions, Llc | Non-Estate Funds Paid to Third Parties | 8500-002 | 30,632.74 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $30,632.74 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Integra Funding Solutions | | 0.00 | NA | NA | 0.00 |
| | Jerri Gooden | | 660,000.00 | NA | NA | 0.00 |
| | Dooling Warehouse, LLC | 4110-00 | NA | 28,037.45 | 28,037.45 | 28,037.45 |
| 9 | Integra Funding Solutions, Llc | 4110-00 | 320,000.00 | 297,286.09 | 228,097.41 | 228,097.41 |
| | Carlos Cavillo | 4220-00 | NA | 9,482.32 | 9,482.32 | 9,482.32 |
| 13-1 | Paccar Financial | 4220-00 | NA | 25,445.00 | 10,500.00 | 10,500.00 |
| 4 | Tarrant County | 4800-000 | NA | 38,560.18 | 38,560.18 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $980,000.00 | $398,811.04 | $314,677.36 | $276,117.18 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Marilyn D. Garner | 2100-00 | NA | 61,227.83 | 61,227.83 | 61,227.83 |
| Marilyn D. Garner | 2200-00 | NA | 1,429.38 | 1,429.38 | 1,429.38 |
| George Adams & Company Insurance Agency LLC | 2300-00 | NA | 1,630.00 | 1,630.00 | 1,630.00 |
| Republic Title of Texas, Inc. | 2500-00 | NA | 10,098.64 | 10,098.64 | 10,098.64 |
| First National Bank of Vinita | 2600-00 | NA | 6,394.29 | 6,394.29 | 6,394.29 |
| US Bankruptcy Court | 2700-00 | NA | 350.00 | 350.00 | 350.00 |
| Cavazos, Hendricks, Poirot & Smitham PC | 3210-00 | NA | 157,170.00 | 157,170.00 | 157,170.00 |
| Cavazos, Hendricks, Poirot & Smitham PC | 3220-00 | NA | 3,196.78 | 3,196.78 | 3,196.78 |
| SHELDON E. LEVY, CPA | 3410-00 | NA | 5,612.50 | 5,612.50 | 5,612.50 |
| SHELDON E. LEVY, CPA | 3420-00 | NA | 80.75 | 80.75 | 80.75 |
| NAI Robert Lynn | 3510-00 | NA | 29,250.00 | 29,250.00 | 29,250.00 |
| Ritchie Bros. Auctioneers | 3610-00 | NA | 21,375.00 | 21,375.00 | 21,375.00 |
| Ritchie Bros. Auctioneers | 3620-00 | NA | 5,938.51 | 5,938.51 | 5,938.51 |
| Ross & Smith PC | 3721-00 | NA | 2,500.00 | 2,500.00 | 2,500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $306,253.68 | $306,253.68 | $306,253.68 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8-1 | INTERNAL REVENUE SERVICE | 5800-00 | NA | 113,233.80 | 113,233.80 | 113,233.80 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $113,233.80 | $113,233.80 | $113,233.80 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Airedale Haulage, LLC | | 0.00 | NA | NA | 0.00 |
| | Bracket and Ellis | | 2,176.00 | NA | NA | 0.00 |
| | Haynes and Boone LLP | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jerri Gooden | | 0.00 | NA | NA | 0.00 |
| | Paccar Financial | | 227,132.00 | NA | NA | 0.00 |
| | Texas Mutual Insurance Company | | 73,000.00 | NA | NA | 0.00 |
| | The Law Office of Alice Bower | | 6,000.00 | NA | NA | 0.00 |
| 11 | Bryan Austin | 7100-00 | NA | 15,628.88 | 15,628.88 | 3,088.50 |
| 1 | Federated Mutual Insurance Company | 7100-00 | 46,103.00 | 65,361.00 | 65,361.00 | 12,916.29 |
| 19 | Guaranty Solutions Recovery Fund 1, Llc | 7100-00 | NA | 104,105.30 | 104,105.30 | 20,572.74 |
| 8-2 | INTERNAL REVENUE SERVICE | 7100-00 | NA | 7,887.94 | 7,887.94 | 1,558.77 |
| 12 | Jerri Gooden | 7100-00 | 660,000.00 | 2,642,700.00 | 1,740,586.00 | 343,965.34 |
| 6 | Martin Eagle Oil Company, Inc. | 7100-00 | NA | 65,103.93 | 65,103.93 | 12,865.49 |
| 2 | Mel Ottinger | 7100-00 | 57,000.00 | 89,111.90 | 89,111.90 | 17,609.82 |
| 7 | Mhc Truck Leasing | 7100-00 | NA | 16,165.67 | 16,165.67 | 3,194.57 |
| 13 | Paccar Financial Corp.D/B/A Paccar Leasing Company | 7100-00 | NA | 132,952.75 | 132,952.75 | 26,273.41 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 18 | Seeton & Son, Llc | 7100-00 | NA | 61,728.00 | 61,728.00 | 12,198.36 |
| 15 | Texas Commission On Environmental Quality | 7100-00 | NA | 6,636.43 | 6,636.43 | 1,311.46 |
| 16 | Texas Commission On Environmental Quality | 7100-00 | NA | 2,993.80 | 2,993.80 | 591.62 |
| 3 | The Jack Olsta Co | 7100-00 | NA | 2,337.23 | 2,337.23 | 461.87 |
| 5 | Waxahachie Tank Works Llc | 7100-00 | NA | 5,662.13 | 5,662.13 | 1,118.92 |
| 17 | BMO Harris Bank NA | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 20 | Bmo Harris Bank, N.A. | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
|  | Tarrant County | 7990-00 | NA | NA | NA | 10,725.01 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $1,071,411.00 | $3,218,374.96 | $2,316,260.96 | $468,452.17 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

FORM 1

Exhibit 8

| Case No: | 16-42146 | ELM | Judge: | Edward L. Morris | Trustee Name: | Marilyn D. Garner, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Superior Lubricants Transport Inc | | | | Date Filed (f) or Converted (c): | 06/02/2016 (f) |
| | | | | | 341(a) Meeting Date: | 07/22/2016 |
| For Period Ending: | 03/31/2020 | | | | Claims Bar Date: | 11/09/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Void | 0.00 | 0.00 | | 0.00 | FA |
| 2.  Goodyear June 2016 rent payment received by Debtor NOT turned over to Trustee (u) | 0.00 | 7,500.00 | | 0.00 | FA |
| 3.  Gasoline Trailer 1999 Young 1Y9T5AV25Y2002995<br><br>All of these trailers are in possession of Shawn Bhagat DBA American Energy Transport, LLC 2415 W. Northwest Hiway, #105, Dallas TX  75220 [debtor scheduled six trailers for an aggregate total value of 260,000.00 260,000.00 divided by six= 43,333.333 each] | 43,333.33 | 15,000.00 | | 15,000.00 | FA |
| 4.  Gasoline Trailer 2000 Young 1YAT5AB25Y2002023<br><br>All of these trailers are in possession of Shawn Bhagat DBA American Energy Transport, LLC 2415 W. Northwest Hiway, #105, Dallas TX  75220 [debtor scheduled six trailers for an aggregate total value of 260,000.00 260,000.00 divided by six= 43,333.333 each] | 43,333.33 | 27,500.00 | | 27,500.00 | FA |
| 5.  Gasoline Trailer 2000 Young 1Y9T5AV28Y2002059<br><br>All of these trailers are in possession of Shawn Bhagat DBA American Energy Transport, LLC 2415 W. Northwest Hiway, #105, Dallas TX  75220 [debtor scheduled six trailers for an aggregate total value of 260,000.00 260,000.00 divided by six= 43,333.333 each] | 43,333.33 | 15,000.00 | | 15,000.00 | FA |
| 6.  Gasoline Trailer 2005 Young 1Y9T5AV2252002724<br><br>All of these trailers are in possession of Shawn Bhagat DBA American Energy Transport, LLC 2415 W. Northwest Hiway, #105, Dallas TX  75220 [debtor scheduled six trailers for an aggregate total value of 260,000.00 260,000.00 divided by six= 43,333.333 each] | 43,333.33 | 25,000.00 | | 25,000.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 16-42146 | ELM | Judge: | Edward L. Morris | Trustee Name: | Marilyn D. Garner, Trustee |
| Case Name: | Superior Lubricants Transport Inc | | | | Date Filed (f) or Converted (c): | 06/02/2016 (f) |
| | | | | | 341(a) Meeting Date: | 07/22/2016 |
| For Period Ending: | 03/31/2020 | | | | Claims Bar Date: | 11/09/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 7.  Gasoline Trailer 2007 Young 1Y9T5AV2482002020<br><br>All of these trailers are in possession of Shawn Bhagat DBA American Energy Transport, LLC 2415 W. Northwest Hiway, #105, Dallas TX  75220<br>[debtor scheduled six trailers for an aggregate total value of 260,000.00<br>260,000.00 divided by six= 43,333.333 each] | 43,333.33 | 30,000.00 | | 30,000.00 | FA |
| 8.  Gasoline Trailer 2008 Young 1Y9T5AV2482002021<br><br>All of these trailers are in possession of Shawn Bhagat DBA American Energy Transport, LLC 2415 W. Northwest Hiway, #105, Dallas TX  75220<br><br>[debtor scheduled six trailers for an aggregate total value of 260,000.00<br>260,000.00 divided by six= 43,333.333 each] | 43,333.33 | 30,000.00 | | 30,000.00 | FA |
| 9.  Goodyear lease payments (u) | 45,000.00 | 45,610.00 | | 45,610.00 | FA |
| 10.  Accounts Receivable (u)<br><br>Demand made on Sunoco. | 268,908.59 | 91,854.21 | | 0.00 | FA |
| 11.  Office Furniture (u)<br><br>Office Furniture.  Following is a list of used furniture:  Wood Desk with 3 drawers, Gray Desk, Light brown wood desk, Medium brown wood desk 4 drawers, dark brown wood desk 3 drawers, one armoir, dark brown wood desk 10 drawers, light brown wood desk 5 drawers, dark brown china cabinet, light brown shelf unit, medium brown wood drawers, light brown table, white wood filing cabinet, metal filing cabinet 4 drawers, one brown table, office chairs<br><br>Trustee filed a notice of intent to abandon 11/21/16 de 64 and the order was entered  12/22/16 | 2,000.00 | 0.00 | OA | 0.00 | FA |

Page: 3

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 16-42146 | ELM | Judge: | Edward L. Morris | Trustee Name: | Marilyn D. Garner, Trustee |

| Case Name: | Superior Lubricants Transport Inc | | | | Date Filed (f) or Converted (c): | 06/02/2016 (f) |

| | | | | | 341(a) Meeting Date: | 07/22/2016 |

| For Period Ending: | 03/31/2020 | | | | Claims Bar Date: | 11/09/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 12.  Office Equipment including all computer (u)<br><br>Office Equipment including all computer equipment and communication systems equipment and software.  Following is a list of used creditors:  HP Printers, Canon Printers, One Epson, Paper Shredders, Dell Monitors, HP Monitors, Dell Keyboards, Acer Keyboards, HP Keyboard, Acer Mouse, Office phone systerm<br><br>Trustee filed notice of intent to abandon filed 11/21/16 de 64; the order was entered  12/22/16 | 500.00 | 0.00 | OA | 0.00 | FA |
| 13.  breach of Contract American Energy Transport LLC , 2415 W Northwest Highway,# 105, Dallas, TX  75220 (u)<br><br>Adversary Proceeding 18-04120 Breach of Contract American Energy Transport LLC, 2415 W Northwest Highway,# 105, Dallas, TX  75220 | 780,000.00 | 705,000.00 | | 99,200.00 | FA |
| 14.  JGooden LLC Adversary Proceeding 16-04143 filed (u)<br><br>Adversary Proceeding (16-04143) filed against JGooden, LLC and Jerri A. Gooden; avoidable insider preference and/or fraudulent conveyance of Dooling Street property, Ft. Worth.  Contemplated settlement is conveyance of Dooling Street real property to the Estate.    Property titled back in the name of the Debtor and the Adversary dismissed pursuant to the Compromise and Settlement Agreement.  The property has been sold. | 1,100,000.00 | 975,000.00 | | 992,871.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-42146 | ELM | Judge: | Edward L. Morris | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Superior Lubricants Transport Inc | | | | Date Filed (f) or Converted (c): | 06/02/2016 (f) |
| | | | | | 341(a) Meeting Date: | 07/22/2016 |
| For Period Ending: | 03/31/2020 | | | | Claims Bar Date: | 11/09/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 15. Integra 6300 Ridglea Ste 1101 Fort Worth TX 76116 factoring company (u)<br><br>Amended SOFA 13.1 - Sunoco (former client of debtor) sent payments to Integra (factoring company formerly used by debtor) that should have been made to AET (purchaser of debtor's business). Sunoco mistakenly sent payments to Integra for work done by AET. The payments made by Sunoco were not done on behalf of the debtor. Debtor chooses to list this "transfer" here for clarification purposes only. The amount paid by Sunoco to Integra is approximated at $25,000.00. | 0.00 | 0.00 | | 0.00 | FA |
| 16. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 17. Gasoline tax refund from TX Comptroller of Public Accounts (u) | 16,379.57 | 16,379.57 | | 16,379.57 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,472,788.14 | $1,983,843.78 | | $1,296,560.57 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The estate is being prepared for closing. Trustee anticipates submitting her final report to the US Trustee within the next 90 days.

Initial Projected Date of Final Report (TFR): 12/31/2019          Current Projected Date of Final Report (TFR): 12/31/2019

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-42146    Trustee Name: Marilyn D. Garner, Trustee    Exhibit 9
Case Name: Superior Lubricants Transport Inc    Bank Name: First National Bank of Vinita
Account Number/CD#: XXXXXX1836
Checking
Taxpayer ID No: XX-XXX9830    Blanket Bond (per case limit):
For Period Ending: 03/31/2020    Separate Bond (if applicable): $724,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/20/17 | | Ritchie Bros Autioneers 4000 Pine Lake Rd Lincoln NE 68516 | Auction proceeds auctioneer will turnover the difference for a total of 142,500.00 | | $115,186.49 | | $115,186.49 |
| | | | Gross Receipts            $115,186.49 | | | | |
| | 3 | | Gasoline Trailer 1999 Young   $2,686.49 1Y9T5AV25Y2002995 | 1129-00 | | | |
| | 4 | | Gasoline Trailer 2000 Young   $27,500.00 1YAT5AB25Y2002023 | 1129-00 | | | |
| | 6 | | Gasoline Trailer 2005 Young   $25,000.00 1Y9T5AV2252002724 | 1129-00 | | | |
| | 7 | | Gasoline Trailer 2007 Young   $30,000.00 1Y9T5AV2482002020 | 1129-00 | | | |
| | 8 | | Gasoline Trailer 2008 Young   $30,000.00 1Y9T5AV2482002021 | 1129-00 | | | |
| 01/23/17 | | Transfer from Acct # xxxxxx1869 | Transfer of funds from account 1869 established to receive rent payments to primary estate account 1836; account then closed. | 9999-00 | $14,961.04 | | $130,147.53 |
| 01/23/17 | | Ritchie Bros Autioneers 4000 Pine Lake Rd Lincoln NE 68516 | Auction proceeds Auctioneer paid with two checks:  first check totaled 115,186.49; this check totaled 27,313.51.  Funds were applied to each sold asset | | $27,313.51 | | $157,461.04 |
| | | | Gross Receipts            $27,313.51 | | | | |
| | 3 | | Gasoline Trailer 1999 Young   $12,313.51 1Y9T5AV25Y2002995 | 1129-00 | | | |
| | 5 | | Gasoline Trailer 2000 Young   $15,000.00 1Y9T5AV28Y2002059 | 1129-00 | | | |
| 01/24/17 | 1001 | US Bankruptcy Court Clerks Office 1100 Commerce Street Room 1254 Dallas TX 75242 | Deferred filing fee for adversary no. 16-04143 | 2700-00 | | $350.00 | $157,111.04 |

Page Subtotals: $157,461.04   $350.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-42146 | Trustee Name:  Marilyn D. Garner, Trustee |
| Case Name:  Superior Lubricants Transport Inc | Bank Name:  First National Bank of Vinita |
| | Account Number/CD#:  XXXXXX1836 |
| | Checking |
| Taxpayer ID No: XX-XXX9830 | Blanket Bond (per case limit): |
| For Period Ending: 03/31/2020 | Separate Bond (if applicable): $724,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/24/17 | 1002 | PACCAR Financial Corp dba PACCAR Leasing Co C/O MARK STOUT ESQ 421 W 3RD ST SUITE 910 FORT WORTH TX 76102 | Disbursement Check | 4110-00 | | $10,500.00 | $146,611.04 |
| 01/30/17 | 9 | Cavazos Hendricks Poirot & Smitham PC 900 JACKSON STREET SUITE 570 DALLAS, TX 75202-4425 | Lease payments Funds in counsel's trust account and identified during 2016 audit | 1222-00 | $9,122.00 | | $155,733.04 |
| 02/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $47.53 | $155,685.51 |
| 02/20/17 | 1003 | Ritchie Bros. Auctioneers 6050 Azle Avenue Lake Worth TX 76135-2603 | Auctioneer compensation | 3610-00 | | $21,375.00 | $134,310.51 |
| 02/20/17 | 1004 | Ritchie Bros. Auctioneers 6050 Azle Avenue Lake Worth TX 76135-2603 | Auctioneer expenses | 3620-00 | | $5,938.51 | $128,372.00 |
| 03/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $144.62 | $128,227.38 |
| 04/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $136.16 | $128,091.22 |
| 05/05/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $131.63 | $127,959.59 |
| 06/06/17 | 1005 | Integra Funding Solutions, Llc C/O RANDY WOODS PRESIDENT 6300 RIDGLEA PLACE Suite 1101 Fort Worth, TX 76116 | Rent payments | 8500-002 | | $9,200.00 | $118,759.59 |
| 06/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $135.87 | $118,623.72 |
| 07/10/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $127.89 | $118,495.83 |

Page Subtotals:    $9,122.00    $47,737.21

Case 16-42146-elm7    Doc 235    Filed 05/07/20    Entered 05/07/20 12:22:34    Desc Main
Document    Page 15 of 24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 16-42146 | Trustee Name: Marilyn D. Garner, Trustee | Exhibit 9 |
| Case Name: Superior Lubricants Transport Inc | Bank Name: First National Bank of Vinita | |
| | Account Number/CD#: XXXXXX1836 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9830 | Blanket Bond (per case limit): | |
| For Period Ending: 03/31/2020 | Separate Bond (if applicable): $724,000.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $125.84 | $118,369.99 |
| 09/08/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $125.69 | $118,244.30 |
| 10/06/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $121.51 | $118,122.79 |
| 11/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $125.43 | $117,997.36 |
| 12/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $121.26 | $117,876.10 |
| 01/08/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $125.17 | $117,750.93 |
| 02/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $125.04 | $117,625.89 |
| 03/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $112.82 | $117,513.07 |
| 04/06/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $124.78 | $117,388.29 |
| 05/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $120.64 | $117,267.65 |
| 06/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $124.52 | $117,143.13 |
| 07/09/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $120.38 | $117,022.75 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $1,473.08 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-42146

Case Name: Superior Lubricants Transport Inc

Taxpayer ID No: XX-XXX9830

For Period Ending: 03/31/2020

Trustee Name: Marilyn D. Garner, Trustee

Bank Name: First National Bank of Vinita

Account Number/CD#: XXXXXX1836

Checking

Blanket Bond (per case limit):

Separate Bond (if applicable): $724,000.00

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/18 | | Republic Title of Texas Inc 2626 Howell St 10th Floor Dallas TX 75204 | Sale of real property | | $606,723.36 | | $723,746.11 |
| | | | Gross Receipts $975,000.00 | | | | |
| | | Integra Funding Solutions, Llc C/O RANDY WOODS PRESIDENT 6300 RIDGLEA PLACE Suite 1101 Fort Worth, TX 76116 | First Lien ($228,097.41) | 4110-00 | | | |
| | | NAI Robert Lynn NAI Robert Lynn 1200 Summit Ave. Ste. 800 Fort Worth, Texas 76102 | Real estate commissions ($29,250.00) | 3510-00 | | | |
| | | Dooling Warehouse, LLC 1612 Summit Ave Ste 100 Ft Worth TX 76102 | Adjustments and Prorations ($28,037.45) | 4110-00 | | | |
| | | Republic Title of Texas, Inc. 2626 Howell Street 10th Fl Dallas TX 75204 | Title/Escrow Charges ($10,098.64) | 2500-00 | | | |
| | | Carlos Cavillo c/o Karen Burgess Richardson Burgess 221 W 6th Ste 900 Austin TX 78701 | Judgment Lien ($9,482.32) | 2820-00 | | | |
| | | Tarrant County C/O Sherrel K. Knighton Linebarger Goggan Blair & Sampson, Llp 2777 N Stemmons Fwy, Suite 1000 Dallas, Tx 75207 | Property Taxes ($63,310.82) | 5800-00 | | | |
| | 14 | | JGooden LLC Adversary Proceeding 16-04143 filed $975,000.00 | 1241-00 | | | |
| 07/26/18 | 1006 | George Adams & Company Insurance Agency LLC 4501 Cartwright Rd Ste 402 Missouri City TX 77459 | Policy #SNN4009996;  Inv. #3480; Acct. No. 555 | 2300-00 | | $1,086.00 | $722,660.11 |

Page Subtotals:                    $606,723.36        $1,086.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-42146

Case Name: Superior Lubricants Transport Inc

Taxpayer ID No: XX-XXX9830

For Period Ending: 03/31/2020

Trustee Name: Marilyn D. Garner, Trustee

Bank Name: First National Bank of Vinita

Account Number/CD#: XXXXXX1836

Checking

Blanket Bond (per case limit):

Separate Bond (if applicable): $724,000.00

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-00 | | $248.94 | $722,411.17 |
| 09/10/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-00 | | $767.22 | $721,643.95 |
| 09/25/18 | 1007 | Tarrant County C/O Sherrel K. Knighton Linebarger Goggan Blair & Sampson, Llp 2777 N Stemmons Fwy, Suite 1000 Dallas, Tx 75207 | Interim Distribution | | | | $49,285.19 | $672,358.76 |
| | | | | ($10,725.01) | 7990-00 | | | |
| | | Tarrant County | interim distribution | ($38,560.18) | 4800-00 | | | |
| 09/25/18 | 1008 | Cavazos, Hendricks, Poirot & Smitham PC 900 Jackson Street, Suite 570 Dallas TX 75202 | Interim Distribution | | 3210-00 | | $109,565.10 | $562,793.66 |
| 09/25/18 | 1009 | Cavazos, Hendricks, Poirot & Smitham PC 900 Jackson Street, Suite 570 Dallas TX 75202 | Interim Distribution | | 3220-00 | | $2,154.02 | $560,639.64 |
| 09/25/18 | 1010 | INTERNAL REVENUE SERVICE 1100 Commerce Street, MC 5026 DAL Dallas, TX 75242 | Interim Distribution | | 5800-00 | | $113,233.80 | $447,405.84 |
| 09/26/18 | 1011 | Marilyn D. Garner 2007 E. Lamar Blvd., Suite 200 Arlington, TX 76006 | Interim trustee comp payment | | 2100-00 | | $30,000.00 | $417,405.84 |
| 10/05/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-00 | | $738.57 | $416,667.27 |
| 11/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-00 | | $529.39 | $416,137.88 |
| 11/27/18 | 14 | Republic Title of Texas, Inc. | REFUND of Tax payment from closing/settlement on 7/19/18 | | 1241-00 | $371.00 | | $416,508.88 |

Page Subtotals:                    $371.00      $306,522.23

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-42146

Case Name: Superior Lubricants Transport Inc

Taxpayer ID No: XX-XXX9830

For Period Ending: 03/31/2020

Trustee Name: Marilyn D. Garner, Trustee

Bank Name: First National Bank of Vinita

Account Number/CD#: XXXXXX1836

Checking

Blanket Bond (per case limit):

Separate Bond (if applicable): $724,000.00

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $427.69 | $416,081.19 |
| 12/24/18 | 14 | Republic Title of Texas, Inc. | escrow damages | 1241-00 | $17,500.00 | | $433,581.19 |
| 01/08/19 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $445.41 | $433,135.78 |
| 01/11/19 | 1012 | Ross & Smith PC 700 N. Pearl Street, Suite 1610 Dallas, TX 75201 | Mediation Fee | 3721-000 | | $2,500.00 | $430,635.78 |
| 02/07/19 | 13 | American Energy Transport | Settlement of adversay | 1229-00 | $99,200.00 | | $529,835.78 |
| 02/07/19 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $458.74 | $529,377.04 |
| 03/07/19 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $487.33 | $528,889.71 |
| 06/03/19 | 1013 | Cavazos, Hendricks, Poirot & Smitham PC 900 Jackson Street, Suite 570 Dallas TX 75202 | final payment of fees | 3210-000 | | $47,604.90 | $481,284.81 |
| 06/03/19 | 1014 | Cavazos, Hendricks, Poirot & Smitham PC 900 Jackson Street, Suite 570 Dallas TX 75202 | final payment of expenses | 3220-000 | | $1,042.76 | $480,242.05 |
| 06/26/19 | 1015 | George Adams & Company Insurance Agency LLC 4501 Cartwright Rd Ste 402 Missouri City TX 77459 | Policy #SNN4009996;  Inv. #4543; Acct. No. 555 | 2300-000 | | $272.00 | $479,970.05 |
| 09/19/19 | 1016 | George Adams & Company Insurance Agency LLC 4501 Cartwright Rd Ste 402 Missouri City TX 77459 | Policy #SNN4009996;  Inv. #4875; Acct. No. 555 | 2300-000 | | $272.00 | $479,698.05 |
| 11/04/19 | | Transfer to Acct # xxxxxx5020 | Transfer of Funds | 9999-00 | | $479,698.05 | $0.00 |

Page Subtotals: $116,700.00  $533,208.88

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Exhibit 9

| | | |
|---|---|---|
| COLUMN TOTALS | $890,377.40 | $890,377.40 |
| Less: Bank Transfers/CD's | $14,961.04 | $479,698.05 |
| Subtotal | $875,416.36 | $410,679.35 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $875,416.36 | $410,679.35 |

Page Subtotals:                    $0.00          $0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 16-42146

Case Name: Superior Lubricants Transport Inc

Taxpayer ID No: XX-XXX9830

For Period Ending: 03/31/2020

Trustee Name: Marilyn D. Garner, Trustee

Bank Name: First National Bank of Vinita

Account Number/CD#: XXXXXX1869

Account for rent payments only

Blanket Bond (per case limit):

Separate Bond (if applicable): $724,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/03/16 | 9 | Goodyear<br>200 Innovation Way, Dept 617<br>Akron OH  44316-0001 | Rent<br>Initial rent payment for August and September, 2016 | 1222-00 | $15,000.00 | | $15,000.00 |
| 10/12/16 | 9 | Cavazos, Hendricks, Poirot & Smitham PC<br>900 Jackson Street, Suite 570<br>Dallas TX  75202 | Rent<br>Goodyear Tire Rent Payment | 1222-00 | $21,488.00 | | $36,488.00 |
| 11/07/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $27.63 | $36,460.37 |
| 12/07/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $37.46 | $36,422.91 |
| 12/09/16 | 1 | Integra Funding Solutions, Llc<br>C/O Bobby Forshey<br>Forshey & Prostok, Llp<br>777 Main St., Suite 1290<br>Fort Worth, Tx 76102 | Lease payments | 8500-002 | | $21,432.74 | $14,990.17 |
| 01/09/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-00 | | $29.13 | $14,961.04 |
| 01/23/17 | | Transfer to Acct # xxxxxx1836 | Transfer of funds from account 1869 established to receive rent payments to primary estate account 1836; account then closed. | 9999-00 | | $14,961.04 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $36,488.00 | $36,488.00 |
| Less: Bank Transfers/CD's | | $0.00 | $14,961.04 |
| Subtotal | | $36,488.00 | $21,526.96 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $36,488.00 | $21,526.96 |

Page Subtotals:                $36,488.00        $36,488.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-42146

Case Name: Superior Lubricants Transport Inc

Taxpayer ID No: XX-XXX9830

For Period Ending: 03/31/2020

Trustee Name: Marilyn D. Garner, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX5020

Checking

Blanket Bond (per case limit):

Separate Bond (if applicable): $724,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/04/19 | | Transfer from Acct # xxxxxx1836 | Transfer of Funds | 9999-00 | $479,698.05 | | $479,698.05 |
| 11/06/19 | 2001 | Marilyn D. Garner LAW OFFICES OF MARILYN D. GARNER 2001 E. LAMAR BLVD., SUITE 200, ARLINGTON, TX 76006 | | 2100-00 | | $30,736.45 | $448,961.60 |
| 11/06/19 | 2002 | Marilyn D. Garner LAW OFFICES OF MARILYN D. GARNER 2001 E. LAMAR BLVD., SUITE 200, ARLINGTON, TX 76006 | | 2200-00 | | $1,294.38 | $447,667.22 |
| 11/06/19 | 2003 | SHELDON E. LEVY, CPA 6320 Southwest Blvd., Suite 204 Fort Worth, Texas 76109 | | 3410-00 | | $5,612.50 | $442,054.72 |
| 11/06/19 | 2004 | SHELDON E. LEVY, CPA 6320 Southwest Blvd., Suite 204 Fort Worth, Texas 76109 | | 3420-00 | | $80.75 | $441,973.97 |
| 11/14/19 | 17 | Texas Comptroller of Public Accounts | REFUND of gasoline tax paid by Debtor | 1224-00 | $16,379.57 | | $458,353.54 |
| 01/07/20 | 2005 | Marilyn D. Garner LAW OFFICES OF MARILYN D. GARNER 2001 E. LAMAR BLVD., SUITE 200, ARLINGTON, TX 76006 | Final distribution creditor account # representing a payment total of 0.80 % per court order. | 2100-00 | | $491.38 | $457,862.16 |
| 01/07/20 | 2006 | Marilyn D. Garner LAW OFFICES OF MARILYN D. GARNER 2001 E. LAMAR BLVD., SUITE 200, ARLINGTON, TX 76006 | Final distribution creditor account # representing a payment total of 9.44 % per court order. | 2200-00 | | $135.00 | $457,727.16 |
| 01/07/20 | 2007 | Federated Mutual Insurance Company 121 E Park Square Owatonna MN 55060 | Final distribution to claim 1 creditor account #Claim 295212 representing a payment total of 19.76 % per court order. | 7100-00 | | $12,916.29 | $444,810.87 |
| 01/07/20 | 2008 | Mel Ottinger Co Peter Bagley 2304 W. Interstate 20, Suite 190 Arlington, Tx 76017 | Final distribution to claim 2 creditor account # representing a payment total of 19.76 % per court order. | 7100-00 | | $17,609.82 | $427,201.05 |

Page Subtotals: $496,077.62   $68,876.57

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 16-42146
Case Name: Superior Lubricants Transport Inc

Taxpayer ID No: XX-XXX9830
For Period Ending: 03/31/2020

Trustee Name: Marilyn D. Garner, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX5020
Checking

Blanket Bond (per case limit):
Separate Bond (if applicable): $724,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/07/20 | 2009 | The Jack Olsta Co 810 IH 45 N Huntsville, Tx 77320 | Final distribution to claim 3 creditor account # representing a payment total of 19.76 % per court order. | 7100-00 | | $461.87 | $426,739.18 |
| 01/07/20 | 2010 | Waxahachie Tank Works Llc 810 Ih 45 N Huntsville, Tx 77320 | Final distribution to claim 5 creditor account # representing a payment total of 19.76 % per court order. | 7100-00 | | $1,118.92 | $425,620.26 |
| 01/07/20 | 2011 | Martin Eagle Oil Company, Inc. 2700 James St Denton, Tx 76205 | Final distribution to claim 6 creditor account #342-277102-15 representing a payment total of 19.76 % per court order. | 7100-00 | | $12,865.49 | $412,754.77 |
| 01/07/20 | 2012 | Mhc Truck Leasing 1600 N Corrington Kansas City, Mo 64120 | Final distribution to claim 7 creditor account #9844 representing a payment total of 19.76 % per court order. | 7100-00 | | $3,194.57 | $409,560.20 |
| 01/07/20 | 2013 | INTERNAL REVENUE SERVICE PO BOX 7317 PHILADELPHIA PA 19101-7317 | Final distribution to claim 8 creditor account # representing a payment total of 19.76 % per court order. | 7100-00 | | $1,558.77 | $408,001.43 |
| 01/07/20 | 2014 | Bryan Austin 201 Main Street Suite 1260 Fort Worth, Texas 76102 | Final distribution to claim 11 creditor account # representing a payment total of 19.76 % per court order. | 7100-00 | | $3,088.50 | $404,912.93 |
| 01/07/20 | 2015 | Jerri Gooden 8811 Royal Harbor Fort Worth, Tx 76179 | Final distribution to claim 12 creditor account # representing a payment total of 19.76 % per court order. | 7100-00 | | $343,965.34 | $60,947.59 |
| 01/07/20 | 2016 | Paccar Financial Corp.D/B/A Paccar Leasing Company C/O Mark W. Stout Padfield & Stout, Llp 421 W. Third Street, Llp Fort Worth, Tx 76102 | Final distribution to claim 13 creditor account # representing a payment total of 19.76 % per court order. | 7100-00 | | $26,273.41 | $34,674.18 |
| 01/07/20 | 2017 | Texas Commission On Environmental Quality Mc 132-Bankruptcy Program Po Box 13087 Austin, Tx. 78711-3087 | Final distribution to claim 15 creditor account # representing a payment total of 19.76 % per court order. | 7100-00 | | $1,311.46 | $33,362.72 |

Page Subtotals: $0.00 $393,838.33

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 16-42146 | Trustee Name: Marilyn D. Garner, Trustee | Exhibit 9 |
| Case Name: Superior Lubricants Transport Inc | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX5020 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9830 | Blanket Bond (per case limit): | |
| For Period Ending: 03/31/2020 | Separate Bond (if applicable): $724,000.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/07/20 | 2018 | Texas Commission On Environmental Quality<br>Mc 132-Bankruptcy Program<br>Po Box 13087<br>Austin, Tx. 78711-3087 | Final distribution to claim 16 creditor account # representing a payment total of 19.76 % per court order. | 7100-00 | | $591.62 | $32,771.10 |
| 01/07/20 | 2019 | Seeton & Son, Llc<br>C/O Hahn Law Firm, Pc<br>900 Jackson Street; Suite 180<br>Dallas, Tx 75202 | Final distribution to claim 18 creditor account # representing a payment total of 19.76 % per court order. | 7100-00 | | $12,198.36 | $20,572.74 |
| 01/07/20 | 2020 | Guaranty Solutions Recovery Fund 1, Llc<br>1347 N. Greenfield Road #103<br>Mesa, Az 85205 | Final distribution to claim 19 creditor account # representing a payment total of 19.76 % per court order. | 7100-00 | | $20,572.74 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $496,077.62 | $496,077.62 |
| Less: Bank Transfers/CD's | $479,698.05 | $0.00 |
| Subtotal | $16,379.57 | $496,077.62 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $16,379.57 | $496,077.62 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $33,362.72 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1836 - Checking | $875,416.36 | $410,679.35 | $0.00 |
| XXXXXX1869 - Account for rent payments only | $36,488.00 | $21,526.96 | $0.00 |
| XXXXXX5020 - Checking | $16,379.57 | $496,077.62 | $0.00 |
|  | $928,283.93 | $928,283.93 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $368,276.64 |
| Total Net Deposits: | $928,283.93 |
| Total Gross Receipts: | $1,296,560.57 |

Page Subtotals:                                    $0.00            $0.00